| | |
|---|---|
| **JOSEPH W. BERNISKY, III,** | : |
| | : **UNITED STATES DISTRICT COURT** |
| Plaintiff, | : **DISTRICT OF NEW JERSEY** |
| | : |
| v. | : Civil Action No. 18-8735 (PGS) |
| | : |
| **RUTGERS UNIVERSITY BEHAVIORAL HEALTH, et al.,** | : **ORDER** |
| | : |
| Defendants. | : |

The Court having received confidential correspondence from Plaintiff, dated December 6, 2019, in which Plaintiff advised the Court and defense counsel that "[d]ue to the seriousness of the medical issues, my doctors have requested I refrain from any litigation activity, at this time"; and Plaintiff having requested "an adjournment of any court dates/deadlines, motion deadlines, hearings, etc."; and good cause appearing for the entry of this Order:

**IT IS** on this 11th day of December, 2019

**ORDERED THAT** this action is hereby stayed pending further Order of the Court and the Clerk is directed to terminate it from the Court's active docket; and it is

**FURTHER ORDERED THAT** Plaintiff shall promptly make written application to the Court to vacate the stay and reinstate this action when his medical condition(s) permit him to actively and fully engage in the litigation process.

   s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**